413 A.2d 1117

Commonwealth v. Holland, Appellant.

Argued March 19, 1979. Peter Rosalsky, for appellant; Ann Lebowitz, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Order of the court below affirmed.